IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

KEVIN KELLY                              :

    Plaintiff,                        :

v.                                       :    (Judge Conaboy)

                                         :    Case No. 3:11-CV-1932
WALMART, INC.                            :

    Defendant.                        :

### ORDER

A review of the file in this matter reveals: (1) that the Complaint was filed on October 18, 2011; (2) that the Plaintiff has to date failed to make service on the Defendant; (3) that the Court directed Plaintiff to provide a status report regarding the issue of service on or before April 20, 2012; and (4) that Plaintiff has failed to file that status report.

Accordingly, this 30th day of May, 2012, IT IS HEREBY ORDERED that Plaintiff shall effect service of process in this matter within twenty (20) days of the date of this Order or suffer dismissal of this matter for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

FILED
SCRANTON

MAY 3 0 2012

PER _____
DEPUTY CLERK

Richard P. Conaboy
United States District Judge